**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael J. Villella                         CHAPTER 13
          Debtor(s)

                                       BKY. NO. 22-11780 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                       Respectfully submitted,

                                 /s/ **Rebecca Solarz**
                                 Rebecca Solarz
                                 15 Jul 2022, 15:14:58, EDT

                                 KML Law Group, P.C.
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA 19106-1532
                                 (215) 627-1322

Document ID: ad04bdb67cbfbff533c9ef67515b06a53317a510ee9e3b9fc24ab5c52acc35b2