# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-11780-AMC

MICHAEL J. VILLELLA

1130 UNIVERSITY DRIVE

YARDLEY, PA 19067

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  MICHAEL J. VILLELLA

  1130 UNIVERSITY DRIVE

  YARDLEY, PA 19067

Counsel for debtor(s), by electronic notice only.

  ALLEN I GORSKI
  GORSKI AND KNOWLTON, P.C.
  311 WHITE HORSE AVENUE, SUITE A
  HAMILTON, NJ 08610-

Date: 8/25/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee