IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Michael J. Villella<br><br>Debtor(s) | Chapter 13<br><br>Bankruptcy Case: 22-11780-amc |

## CERTIFICATE OF NO RESPONSE

    I, Daniel P. Jones, attorney for Lakeview Loan Servicing, LLC C/O Nationstar Mortgage LLC d/b/a Mr. Cooper, hereby certify that a true and correct copy of the Motion for Relief from the Automatic Stay was sent to Debtor, counsel for the Debtor, and the Trustee, as evidenced by the Certificate of Service already of record.

    In accordance with the Notice of Hearing with Response Deadline, Debtor was directed to file an answer to Movant's Motion for Relief from the Automatic Stay with the Clerk of the United States Bankruptcy Court and receipt thereof and serve said answer on said Movant and its counsel by October 14, 2022. Upon review of the docket, no answer has been filed. Accordingly, Movant is entitled to the relief requested.

                                                               STERN & EISENBERG, PC

                                                               By: /s/Daniel P. Jones
                                                               Daniel P. Jones, Esquire
                                                               Stern & Eisenberg, PC
                                                               1581 Main Street, Suite 200
                                                               The Shops at Valley Square
                                                                Warrington, PA 18976
                                                                Phone: (215) 572-8111
                                                                Facsimile: (215) 572-5025
                                                                Bar Number: 321876
                                                                djones@sterneisenberg.com
                                                                Counsel for Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Michael J. Villella

Debtor(s)

Chapter 13

Bankruptcy Case: 22-11780-amc

## CERTIFICATE OF SERVICE OF CERTIFICATE OF NO RESPONSE

I, Daniel P. Jones, Esquire, hereby certify that a true and correct copy of the within Certificate of No Response, together with this Certificate, was sent to the Debtor, counsel for the Debtor, and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on October 18, 2022 via First Class Mail.

Allen I Gorski
311 Whitehorse Avenue
Suite A
Hamilton, NJ 08610
agorski@gorskiknowlton.com
**Counsel for Debtor**

Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com
**Bankruptcy Trustee**

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 300
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Michael J. Villella
1130 University Drive
Yardley, PA 19067
**Debtor(s)**

STERN & EISENBERG, PC
By: /s/Daniel P. Jones
Daniel P. Jones, Esquire
Stern & Eisenberg, PC
Bar Number: 321876
djones@sterneisenberg.com
Counsel for Movant