# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>    MICHAEL J. VILLELLA<br>        Debtor(s)<br>    LAKEVIEW LOAN SERVICING, LLC<br>        Movant<br>    v.<br>    MICHAEL J. VILLELLA<br>        Debtor(s)<br>    ANN D. VILLELLA<br>        Co-Debtor<br>    KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 22-11780-amc |

## ORDER

AND NOW, this __18th__ day of __October__, 2022, upon the motion of Lakeview Loan Servicing, LLC, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Lakeview Loan Servicing, LLC (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):  1130 UNIVERSITY DRIVE, YARDLEY, PA 19067.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_____

UNITED STATES BANKRUPTCY JUDGE