United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                        Case No. 22-11780-amc
Michael J. Villella                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: admin          Page 1 of 2
Date Rcvd: Oct 19, 2022          Form ID: pdf900          Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael J. Villella, 1130 University Drive, Yardley, PA 19067-2827 |
| 14704233 | + | Ann D. Villella, 1130 University Drive, Yardley, PA 19067-2827 |
| 14713457 | | EMERGENCY CARE SERVICES OF PENNSYLVANIA PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 14724228 | + | Lakeview Loan Servicing, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14724448 | + | Lakeview Loan Servicing, LLC, c/o Steven K. Eisenberg, Esq, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14704239 | + | Stern & Eisenberg, PC for Lakeview Loan, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14704240 | + | United States Attorney General, US Department of Justice, Ben Franklin Station, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 20 2022 00:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14704232 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 20 2022 00:09:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14704234 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2022 00:21:26 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14713937 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 20 2022 00:21:20 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14714683 | + | Email/Text: bankruptcy@cavps.com | Oct 20 2022 00:09:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14704235 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2022 00:09:00 | Commonwealth of Pennsylvania, PA Department of Revenue, Bureau of Compliance, Harrisburg, PA 17128-0946 |
| 14704236 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2022 00:09:00 | Community Loan Servicing, LLC, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1839 |
| 14704237 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 20 2022 00:09:00 | Internal Revenue Service, Bankruptcy Department, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14720823 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2022 00:09:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14705969 | ^ | MEBN | Oct 20 2022 00:06:07 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14704238 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2022 00:09:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Boulevard, Miami, FL 33146-1837 |

Case 22-11780-amc    Doc 27    Filed 10/21/22    Entered 10/22/22 00:32:40    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 19, 2022 | Form ID: pdf900 | Total Noticed: 19 |

| 14704879 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
|---|---|---|---|
| | | Oct 20 2022 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Lakeview Loan Servicing, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 21, 2022         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALLEN I. GORSKI | on behalf of Debtor Michael J. Villella agorski@gorskiknowlton.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DANIEL P. JONES | on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| STEVEN K. EISENBERG | on behalf of Creditor Lakeview Loan Servicing  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> MICHAEL J. VILLELLA | Chapter 13 |
| Debtor | Bankruptcy No. 22-11780-AMC |

# O R D E R

  **AND NOW**, this \_\_\_19th\_\_\_ day of \_\_\_October\_\_\_, 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

  **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
ALLEN I GORSKI
GORSKI AND KNOWLTON, P.C.
311 WHITE HORSE AVENUE, SUITE A
HAMILTON, NJ 08610-

Debtor:
MICHAEL J. VILLELLA

1130 UNIVERSITY DRIVE

YARDLEY, PA 19067